OPINION — AG — ** CREDIT SERVICES — LOAN BROKERS ** LOAN BROKERS AS DEFINED HEREIN ARE CREDIT SERVICES ORGANIZATIONS UNDER THE CREDIT SERVICES ORGANIZATION ACT, 24 O.S. 131 [24-131] ET SEQ., IF THE LOANS IN QUESTION ARE FOR PERSONAL, FAMILY, OR HOUSEHOLD PURPOSES. (CREDIT, LOAN BROKER) CITE: 24 O.S. 132 [24-132](2)(A), 24 O.S. 131 [24-131], 24 O.S. 132 [24-132](3), 24 O.S. 132 [24-132](4), 24 O.S. 132 [24-132](6) (JANE WHEELER)